Kim D. Cannon, WY Bar No. 5-1401
Cole L. Gustafson, WY Bar No. 7-6070
DAVIS & CANNON, LLP
40 South Main Street
P.O. Box 728
Sheridan, WY 82801
Telephone: (307) 672-7491
Facsimile: (307) 672-8955
cannon@davisandcannon.com
cole@davisandcannon.com

Andrew D. Atkins (*Admitted pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202
Telephone: 704.916.1504
Email: andrew.atkins@troutman.com

*Counsel for Plaintiff Finzly, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
No. 1:24-cv-00052-SWS

| | |
|---|---|
| FINZLY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ENTRY OF APPEARANCE** |
| ) | |
| SUMMIT NATIONAL BANK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Andrew D. Atkins of the law firm of Troutman Pepper Hamilton Sanders LLP, hereby enters his appearance as counsel for Plaintiff Finzly, Inc., and requests that all pleadings and notices filed in this matter be sent to his attention.

1

2

Dated this 16th day of April, 2024.

By: /s/ Andrew D. Atkins
Andrew D. Atkins (*Admitted Pro Hac Vice*)
TROUTMAN PEPPER HAMILTON SANDERS, LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202
Telephone:  (704) 916-1504
andrew.atkins@troutman.com

*Attorneys for Plaintiff*