Kim D. Cannon, WY Bar No. 5-1401
Cole L. Gustafson, WY Bar No. 7-6070
DAVIS & CANNON, LLP
40 South Main Street
P.O. Box 728
Sheridan, WY  82801
Telephone:  (307) 672-7491
Facsimile:   (307) 672-8955
cannon@davisandcannon.com
cole@davisandcannon.com

Andrew D. Atkins (*Admitted pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202
Telephone:  704.916.1504
Email:   andrew.atkins@troutman.com

*Counsel for Plaintiff Finzly, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
No. 1:24-cv-00052-SWS

| | |
|---|---|
| FINZLY, INC.,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SUMMIT NATIONAL BANK,  )<br>  )<br>       Defendant.  )<br>_____ ) | **NOTICE OF VOLUNTARY DISMISSAL<br>WITHOUT PREJUDICE** |

NOW COMES Plaintiff Finzly, Inc., by and through undersigned counsel and voluntarily dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1

2

Dated this 26th day of April, 2024.

                                                           By: /s/ Andrew D. Atkins
                                                         Andrew D. Atkins (*Admitted Pro Hac Vice*)
                                                         TROUTMAN PEPPER HAMILTON SANDERS, LLP
                                                         301 S. College Street, 34th Floor
                                                         Charlotte, NC 28202
                                                         Telephone: (704) 916-1504
                                                         andrew.atkins@troutman.com

                                                         *Attorneys for Plaintiff*